# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

**No.** 26-1167          **Short Title:** Olszewski, et al v. Hutchins, et

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

<u>Barry Hutchins and Town of Dover-Foxcroft</u> as the

[ ] appellant(s)          [✔] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)          [ ] intervenor(s)

<u>/s/ Oliver Mac Walton</u>          <u>March 2, 2026</u>
Signature                                      Date

<u>Oliver Mac Walton</u>
Name

<u>Drummond Woodsum</u>          <u>207-772-1941</u>
Firm Name (if applicable)          Telephone Number

<u>84 Marginal Way, Suite 600</u>          <u>207-772-3627</u>
Address                                      Fax Number

<u>Portland, ME 04101</u>          <u>owalton@dwmlaw.com</u>
City, State, Zip Code          Email (required)

Court of Appeals Bar Number: <u>1213953</u>

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes   Court of Appeals No._____

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).