THE UNITED COURT OF APPEALS
FOR FIRST CIRCUIT

ROBERT OLSZEWSKI JR.
AND JULIE OLSZEWSKI
        Plaintiffs,
  vs.                                            Case No.: 26-1167

THE TOWN OF DOVER-FOXCROFT
    and
BARRY HUTCHINS,
        Defendants,

MOTION TO EXTEND TIME TO FILE BRIEFS OR OTHERWISE

SCHEDULED DEADLINES

NOW COME the Appellants, ROBERT OLSZEWSKI JR and JULIE OLSZEWSKI, through counsel, Andrews B Campbell, and move for extension of time with respect to any deadlines to file briefs or otherwise scheduled deadlines until Settlement Conference has taken place. Settlement Conference has been scheduled for March 24, 2026. This Motion is made with agreement of counsel for Appellees.

A copy of this Notice has been sent by electronic mail to Oliver Mac Walton, counsel for all Defendants, DRUMMOND WOODSUM, 84 Marginal Way, Suite 600, Portland, ME 04101, 207-772-1941, [owalton@dwmlaw.com](mailto:owalton@dwmlaw.com) and will be caused to be served by electronic filing.

Date: February 27, 2026

                                              Respectfully submitted,
                                              */s/Andrews B. Campbell*
                                              Andrews Bruce Campbell #1344, # 81253
                                              Attorney for Plaintiffs/Appellants

ANDREWS BRUCE CAMPBELL, P.A.
919 Ridge Road, P.O. Box 119
Bowdoinham, ME 04008
207-666-5601; abc@207Legal.com