# United States Court of Appeals
## For the First Circuit

---

### DOCKETING STATEMENT

**No.** 26-1167  **Short Title:** Olszewski v Hutchins et al

**Type of Action**

- [x] Civil
- [ ] Criminal/Prisoner
- [ ] Cross Appeal

A. Timeliness of Appeal
   1. Date of entry of judgment or order appealed from 7-29-2025
   2. Date this notice of appeal filed 2-17-2026
      If cross appeal, date first notice of appeal filed ___
   3. Filing date of any post-judgment motion filed by any party which tolls time under Fed. R. App. P. 4(a)(4) or 4(b) 8-25-2025
   4. Date of entry of order deciding above post-judgment motion 1-28-2026
   5. Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or 4(b) ___
      Time extended to ___

B. Finality of Order or Judgment
   1. Is the order or judgment appealed from a final decision on the merits? [x] Yes  [ ] No
   2. If no,
      a. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)? [x] Yes  [ ] No
         If yes, explain remanded supporting State claims
      b. Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule? [ ] Yes  [x] No
         If yes, explain Dismissal for Failure to State Claim

C. Has this case previously been appealed? [ ] Yes  [x] No
   If yes, give the case name, docket number and disposition of each prior appeal
   ___

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court? [ ] Yes  [x] No
   If yes, cite the case and manner in which it is related on a separate page. If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

E. Were there any in-court proceedings below? ☐ Yes ☑ No
   If yes, is a transcript necessary for this appeal? ☐ Yes ☑ No
   If yes, is transcript already on file with district court? ☐ Yes ☐ No

F. List each adverse party to the appeal. If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

   1. Adverse party Barry Hutchins
      Attorney Oliver Walton
      Address Drummond/Woodsum 84 Marginal Way, Ste 600 Portland ME 04101-2480
      Telephone 207-253-0595

   2. Adverse party Town of Dover-Foxcroft
      Attorney Oliver Walton
      Address Drummond/Woodsum 84 Marginal Way, Ste 600 Portland ME 04101-2480
      Telephone 207-253-0595  owalton@dwmlaw.com

   3. Adverse party
      Attorney
      Address
      Telephone

G. List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

   1. Appellant's name Robert Olszewski Sr
      Address 5 Frost Road Dover Foxcroft ME 04426; Bobthewatchmen@gmail.com
      Telephone 207-717-9395

      Attorney's name Andrews B Campbell
      Firm ANDREWS BRUCE CAMPBELL P.A.
      Address 919 Ridge Road P.O. Box 119 Bowdoinham ME 04008
      Telephone 207-666-5601; 207-807-8813; 772-245-7892

   2. Appellant's name Julie Olszewski
      Address 5 Frost Road Dover Foxcroft ME 04426; Bobthewatchmen@gmail.com
      Telephone 207-717-9395

      Attorney's name Andrews B Campbell
      Firm ANDREWS BRUCE CAMPBELL P.A.
      Address 919 Ridge Road P.O. Box 119 Bowdoinham ME 04008
      Telephone 207-666-5601; 207-807-8813; 772-245-7892

   Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.) ☑ Yes ☐ No

Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.

Signature /s/ Andrews Campbell -
Date 2-27-26 -