# United States Court of Appeals
## For the First Circuit

No. 26-1167

ROBERT OLSZEWSKI, JR.; JULIE OLSZEWSKI,

Plaintiffs - Appellants,

v.

BARRY HUTCHINS, individually and as former selectman; TOWN OF DOVER-FOXCROFT,

Defendants - Appellees.

**ORDER OF COURT**

Entered: March 9, 2026
Pursuant to 1st Cir. R. 27.0(d)

    Appellant has filed an assented-to motion to extend briefing or other deadlines for an unspecified period of time pending settlement negotiations. The motion is allowed to the extent that the deadlines to file appearance forms and to register for ECF are enlarged to **April 10, 2026**. The parties are directed to file a joint status report on or before **April 8, 2026**. To the extent that the parties seek to stay proceedings beyond that date, the parties may file a motion under the appropriate heading.

                                              By the Court:

                                              Anastasia Dubrovsky, Clerk

cc:
Andrews B. Campbell
Wade McCall
Oliver M. Walton