# United States Court of Appeals
## For the First Circuit

No. 26-1167

ROBERT OLSZEWSKI, JR.; JULIE OLSZEWSKI,

Plaintiffs - Appellants,

v.

BARRY HUTCHINS, individually and as former selectman; TOWN OF DOVER-FOXCROFT,

Defendants - Appellees.

### ORDER OF COURT

Entered: March 9, 2026
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration, Attorney Andrews B. Campbell's motion to withdraw as counsel for Appellants Julie Olszewski and Robert Olszewski, Jr. is denied without prejudice to refiling once successor counsel has entered an appearance.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Andrews B. Campbell
Wade McCall
Oliver M. Walton